| | |
|---|---|
| WILLIAM H. COLLIER, JR., CASB No. 97491<br>william.collier@kyl.com<br>STEFAN PEROVICH, CASB No. 245580<br>stefan.perovich@kyl.com<br>KEESAL, YOUNG & LOGAN<br>A Professional Corporation<br>400 Oceangate, P.O. Box 1730<br>Long Beach, California  90801-1730<br>Telephone:    (562) 436-2000<br>Facsimile:    (562) 436-7416<br><br>Attorneys for Plaintiff<br>ASLCHEM INTERNATIONAL, INC. | E-FILED 07/10/12<br><br>#51 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASLCHEM INTERNATIONAL, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LEEAN MINERAL ENERGY CORP. f/k/a LEEOCTA ALLIANCE MINERAL RESOURCES, INC.; GRUPO MINERO LEEOCTA JCMG S.A. DE C.V.; LAWRENCE LEE; EUNG SUN AN; AND OCTAVIO SALVADOR ERQUIAGA,<br><br>　　　　　　　　　Defendants. | Case No. CV11-5406-PSG (SHx)<br><br>**[~~PROPOSED~~] JUDGMENT** |

Pursuant to a Stipulation for Entry of Judgment between Plaintiff ASLCHEM INTERNATIONAL, INC. and Defendants LEEAN MINERAL ENERGY CORP. f/k/a LEEOCTA ALLIANCE MINERAL RESOURCES, INC.; LAWRENCE LEE; and EUNG SUN AN and good cause appearing therefore,

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
2 judgment shall be and hereby is entered, on each of the claims for relief in
3 the First Amended Complaint, in favor of ASLCHEM INTERNATIONAL,
4 INC. and against Defendants LEEAN MINERAL ENERGY CORP. f/k/a
5 LEEOCTA ALLIANCE MINERAL RESOURCES, INC.; LAWRENCE LEE;
6 and EUNG SUN AN in the amount of One Hundred Seventy Five Thousand
7 Dollars and 00/100 ($175,000), for which each Defendant shall be jointly
8 and severally liable.
9  **IT IS SO ORDERED.**

12 DATED: ___07/10___, 2012  ___PHILIP S. GUTIERREZ___
                              UNITED STATES DISTRICT JUDGE