E-FILED 1/3/14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASLCHEM INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LEEAN MINERAL ENERGY CORP. f/k/a LEEOCTA ALLIANCE MINERAL RESOURCES, INC.; GRUPO MINERO LEEOCTA JCMG S.A. DE C.V.; LAWRENCE LEE; EUNG SUN AN; AND OCTAVIO SALVADOR ERQUIAGA, <br><br> Defendants. | Case No. CV11-5406-PSG (SHx) <br><br> [~~PROPOSED~~] **AMENDED JUDGMENT** |

On July 10, 2012, pursuant to a Stipulation for Entry of Judgment between Plaintiff ASLCHEM INTERNATIONAL, INC. and Defendants LEEAN MINERAL ENERGY CORP. f/k/a LEEOCTA ALLIANCE MINERAL RESOURCES, INC.; LAWRENCE LEE; and EUNG SUN AN and good cause appearing therefore this Court entered Judgment (Docket #52) on each of the claims for relief in the First Amended Complaint, in favor of ASLCHEM INTERNATIONAL, INC. and against

1  Defendants LEEAN MINERAL ENERGY CORP. f/k/a LEEOCTA
2  ALLIANCE MINERAL RESOURCES, INC.; LAWRENCE LEE; and EUNG
3  SUN AN in the amount of One Hundred Seventy Five Thousand Dollars
4  and 00/100 ($175,000), for which each Defendant is jointly and severally
5  liable.  Pursuant to this Court's Order Granting In Part and Denying In
6  Part Plaintiff's Motion for Attorney's Fees and Costs (Docket #121) and good
7  cause appearing therefore,
8       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
9  the Judgment shall be and hereby is amended to add Plaintiff ASLCHEM
10 INTERNATIONAL, INC.'s attorney's fees and costs totaling One Hundred
11 Eight Thousand Forty One Dollars and 45/100 ($108,041.45) to the
12 Judgment.  Therefore, the total Judgment in favor of Plaintiff ASLCHEM
13 INTERNATIONAL, INC. and against Defendants LEEAN MINERAL
14 ENERGY CORP. f/k/a LEEOCTA ALLIANCE MINERAL RESOURCES,
15 INC.; LAWRENCE LEE; and EUNG SUN AN shall be and hereby is for
16 Two Hundred Eighty Three Thousand Forty One Dollars and 45/100
17 ($283,041.45), for which each Defendant shall be jointly and severally
18 liable.

20       **IT IS SO ORDERED.**

24 DATED:  __01/03/14__, 2~~013~~

_____
UNITED STATES DISTRICT JUDGE