E-FILED
DEC 2 8 2017
Document #

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASLCHEM INTERNATIONAL, INC., | Case No. CV11-5406-PSG (SHx) |
| Plaintiff, | **[PROPOSED] SECOND AMENDED JUDGMENT** |
| vs. | |
| LEEAN MINERAL ENERGY CORP. f/k/a LEEOCTA ALLIANCE MINERAL RESOURCES, INC.; GRUPO MINERO LEEOCTA JCMG S.A. DE C.V.; LAWRENCE LEE; EUNG SUN AN; AND OCTAVIO SALVADOR ERQUIAGA, | |
| Defendants. | |

On July 10, 2012, pursuant to a Stipulation for Entry of Judgment between Plaintiff ASLCHEM INTERNATIONAL, INC. and Defendants LEEAN MINERAL ENERGY CORP. f/k/a LEEOCTA ALLIANCE MINERAL RESOURCES, INC.; LAWRENCE LEE; and EUNG SUN AN and good cause appearing therefore, this Court entered Judgment (Docket #52) on each of the claims for relief in the First Amended Complaint, in favor of ASLCHEM INTERNATIONAL, INC. and against

KYL4830-0171-2985.1

Defendants LEEAN MINERAL ENERGY CORP. f/k/a LEEOCTA ALLIANCE MINERAL RESOURCES, INC.; LAWRENCE LEE; and EUNG SUN AN in the amount of $175,000, for which each Defendant was jointly and severally liable.

Pursuant to this Court's December 4, 2013 Order Granting In Part and Denying In Part Plaintiff's Motion for Attorney's Fees and Costs (Docket #121) and good cause appearing therefore, on January 3, 2014 this Court entered the Amended Judgment (Docket # 124), adding Plaintiff's attorney's fees and costs totaling $108,041.45 to the Judgment and bringing the total amount of the Judgment against Defendants to Two Hundred Eighty Three Thousand Forty One Dollars and 45/100 ($283,041.45), for which each Defendant was jointly and severally liable.

On December 22, 2014, Plaintiff ASLCHEM INTERNATIONAL, INC. filed an Acknowledgment of Assignment of Judgment (Docket # 138) that assigned the Judgment to KEESAL, YOUNG & LOGAN.

Pursuant to this Court's December 19, 2017 Order Granting Judgment Creditor's Second Motion to Add Attorneys' fees and Costs to the Judgment (Docket #225) and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Judgment shall be and hereby is amended to add Judgement Creditor KEESAL, YOUNG & LOGAN's attorneys' fees of $130,343.88 and costs of $8,542.24 to the Judgment. Therefore, the total Judgment in favor of Judgment Creditor KEESAL, YOUNG & LOGAN and against Defendants LEEAN MINERAL ENERGY CORP. f/k/a LEEOCTA ALLIANCE MINERAL RESOURCES, INC.; LAWRENCE LEE;

///

///

and EUNG SUN AN is now **Four Hundred Twenty One Thousand Nine Hundred Twenty Seven Dollars and 57/100 ($421,927.57)**, for with each Defendant is jointly and severally liable.

**IT IS SO ORDERED.**

DATED: 12/28 , 2017

_____
UNITED STATES DISTRICT JUDGE

KYL4830-0171-2985.1